■
Jim FAIR and Jim Hinnant, both Individually and as representative of the class of similarly situated residents of of the State of Florida, Plaintiffs-Appellees,

v.

Jim SEBESTA, as Supervisor of Elections, Hillsborough County, Florida, etc., et al., Defendants-Appellants.

Joel Francis WOODMAN, Individually, and Joel Francis Woodman, as representative of the class, etc., et al., Plaintiffs-Appellees,

v.

James SEBESTA, Supervisor of Elections, Hillsborough County, Florida, et al., Defendants-Appellants.

Nos. 72-3301, 72-3300
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 11, 1973.

Robert L. Shevin, Atty. Gen., Jerry E. Oxner, Asst. Atty. Gen., Tallahassee, Fla., David W. Thorpe, Asst. County Atty., Tampa, Fla., for James Sebesta.

Jim Fair, pro se.

Leslie Harold Levinson, Gainesville, Fla., Richard P. Condon, Tampa, Fla., for Hinnant.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company, of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

**PER CURIAM:**

We find that these consolidated cases require a three-judge district court, 28 U.S.C. § 2281. We therefore vacate the decision of the lower court, 346 F.Supp. 913, for want of jurisdiction and remand the cases with instructions to convene a three-judge district court pursuant to 28 U.S.C. § 2284.

Vacated and remanded.